UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Chad L. Monson,

                Debtor.                      BKY 14-42151

_____

J. Richard Stermer, Trustee,                         ADV 14-4128

        Plaintiff,

                                             <u>JUDGMENT</u>

v.

Jo Ann Monson and Chad L. Monson,

        Defendants.

Chad L. Monson,

        Counter-claimant,

v.

J. Richard Stermer, Trustee,

        Counter-defendant.

Chad L. Monson,

        Cross-claimant,

v.

Jo Ann Monson,

        Cross-defendant.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 0   3   /
Lori Vosejpka, Clerk, by LH

Jo Ann Monson,

    Cross-claimant,

v.

Chad L. Monson,

    Cross-defendant.

Jo Ann Monson,

    Counter-claimant,

v.

J. Richard Stermer, Trustee,

    Counter-defendant.
_____

  This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, United States Bankruptcy Judge, presiding.

  It is therefore Ordered and Adjudged:  Judgment is entered in favor of J. Richard Stermer, Trustee, and against Chad L. Monson.  The real property located at 1502 45th Avenue S., Willmar, MN is subject to the August 26, 2013 judgment lien filed by Jo Ann Monson.

Dated: March 33, 2015             Lori A. Vosejpka
At:   Minneapolis, Minnesota         Clerk of Bankruptcy Court


                   /e/ Lynn M. Hennen
             By:  _____
                   Lynn M. Hennen
                   Deputy Clerk