# UNITED STATES DISTRICT COURT
## District of Minnesota

Chad L Monson,

                Plaintiff,

v.

J Richard Stermer,

                Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-1929 JRT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-captioned matter is hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to either party.

Date: November 20, 2015

                RICHARD D. SLETTEN, CLERK

              s/J. Midtbo

(By)              J. Midtbo, Deputy Clerk